# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-50930
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 12, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jermaine Jackson,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:24-CR-97-1

————————————————————

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Jermaine Jackson pleaded guilty to possessing a firearm as a convicted felon and was sentenced to 84 months of imprisonment, followed by three years of supervised release. On appeal, he contends that 18 U.S.C. § 922(g)(1) violates the Second Amendment both on its face and as applied

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50930

to him under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), as well as the Commerce Clause.

Jackson concedes that his Second Amendment challenges are foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471–72 (5th Cir. 2024), *cert. denied,* 145 S. Ct. 2822 (2025); *United States v. Giglio*, 126 F.4th 1039, 1044–45 (5th Cir. 2025). He likewise concedes that his Commerce Clause challenge is foreclosed. *See United States v. Alcantar*, 733 F.3d 143, 145–46 (5th Cir. 2013); *see also United States v. Perryman*, 965 F.3d 424, 426 (5th Cir. 2020).

Accordingly, the district court's final judgment is AFFIRMED.